DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. FAIR

No. 752P85.

Case below: 77 N.C. App. 641.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1986.

STATE v. FLEMBESTER

No. 750P85.

Case below: 77 N.C. App. 666.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1986.

STATE v. FRAZIER

No. 153P86.

Case below: 78 N.C. App. 443.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals allowed 7 April 1986 for the purpose of remanding the case to the Court of Appeals for reconsideration in light of *State v. Swimm,* 316 N.C. 24 (18 February 1986), and *State v. Thompson,* 309 N.C. 421 (1983).

STATE v. GAULDIN

No. 744P85.

Case below: 77 N.C. App. 845.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1986. Order for temporary stay dissolved 7 April 1986.

STATE v. GRAHAM

No. 207P86.

Case below: 79 N.C. App. 571.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 March 1986. Petition by defendant for writ of supersedeas and temporary stay denied 27 March 1986.